# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-1044**  **September Term, 2023**

SEC-2023-31

Filed On: November 13, 2023 [2026659]

John Doe,

    Petitioner

  v.

Securities and Exchange Commission,

    Respondent

**BEFORE:** Circuit Judges Henderson, Wilkins, and Pan

## COURTROOM MINUTES OF ORAL ARGUMENT

PROCLAMATION BEING MADE, the Court opened on Monday, November 13, 2023 at 9:30 a.m. The cause was heard as case No. 2 of 2 and argued before the Court by:

    Tom Cummins (Pro Hac Vice), counsel for Petitioner.

    William K. Shirey (SEC), counsel for Respondent.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: /s/
Anne A. Rothenberger
Deputy Clerk