UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| JOHN DOE,<br><br>*Petitioner.*<br><br>v.<br><br>THE SECURITIES AND EXCHANGE COMMISSION,<br><br>*Respondent.* | No.  23-1044 <br><br>**Petition for Review**<br><br>**PUBLIC COPY<br>SEALED MATERIAL<br>REDACTED** |

**Petition for Review**

Pursuant to Section 21(F) of the Securities Exchange Act of 1934, Rule 21F-13 thereunder, and Federal Rule of Appellate Procedure 15, Petitioner John Doe, a person aggrieved by the final order of the Securities and Exchange Commission entered on January 19, 2023, in Whistleblower Award Proceeding File No. 2023-31 of the Commission (*In the Matter of the Claim for an Award in connection with SEC v. Palm House Hotel LLLP et*), petition this Court to review that final order.

    Respectfully submitted,

    */s/ Max Maccoby*
    Max Maccoby, DC Bar No. 462064
    Washington Global Law Group PLLC
    1701 Pennsylvania Ave., NW, Suite 200
    Washington, D.C. 20006
    (202) 248-5439
    maccoby@washglobal-law.com
    *Counsel for Petitioner*

# ADDENDUM 1

Petitioner's real name is ███████████████████████████████████████

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of February 2023, copies of the Petition for Review were served on the following by first class mail to:

>Office of the General Counsel
>Securities and Exchange Commission
>100 F Street NE
>Washington, DC 20549
>
>Nicole C. Kelly
>Chief, SEC Office of the Whistleblower
>SEC Office of the Whistleblower (c/o ENF-CPU)
>14420 Albemarle Point Place, Suite 102
>Chantilly, VA 20151-1750

>*/s/ Max Maccoby*
>Max Maccoby, DC Bar No. 462064
>Washington Global Law Group PLLC
>1701 Pennsylvania Ave., NW, Suite 200
>Washington, D.C. 20006
>(202) 248-5439
>maccoby@washglobal-law.com
>*Counsel for Petitioner*